IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK FLUELLEN

**FILED**

CIVIL ACTION

JAN **3 1** 2013

v.

NO. 12-6751

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JOHN KERESTES, et al.,                    :
                                          :
                                          :

## ORDER

AND NOW this 31st day of January, 2013, upon consideration of the Report and

Recommendation of Magistrate Judge Timothy R. Rice (Dkt. No. 4) and reviewing petitioner

Frank Fluellen's objections thereto (Dkt. No. 6) and Fluellen's Motion for Inspection and

Discovery (Dkt. No. 5), I find that Fluellen's objections to the Report and Recommendation are a

restatement of the issues raised in his underlying petition for habeas corpus relief and are without

merit; it further appearing after de novo review of this matter that Magistrate Judge Rice's

Report and Recommendation correctly determined the legal and factual[1] issues presented in the

petition for habeas corpus relief, IT IS ORDERED that Magistrate Judge Rice's Report and

Recommendation is APPROVED and ADOPTED;

IT IS FURTHER ORDERED that Fluellen's objections to Magistrate Judge Rice's

Report and Recommendation are OVERRULED;

IT IS FURTHER ORDERED that Fluellen's Motion for Inspection and Discovery is

DENIED.

---

[1] I note only that there appears to be a typographical error in Judge Rice's report that does
not change my conclusions. Judge Rice writes that "[t]he trial court sentenced Fluellen to life
imprisonment for his first-degree murder conviction." Dkt. No. 4. ECF p. 3. It appears that
Fluellen was convicted of second-degree murder, as the Report states in all other references to
this conviction. Dkt. No. 4. ECF p. 1, 4, 5-7.

IT IS FURTHER ORDERED that the Clerk of Court shall close this matter for statistical purposes.

THOMAS N. O'NEILL, JR., J.